**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL DOCKET NO.: 3:09CV225-V**

| | |
|---|---|
| **NATIONAL CARRIERS, INC.,** )<br>　　　　**Plaintiff,** )<br>　　　　　　　　　　　)<br>　　vs. 　　　　　　　　)<br>　　　　　　　　　　　)<br>**TRUSTED TRAILER TRANSPORTS,** )<br>**INC.,** )<br>　　　　**Defendant.** )<br>_____) | **O R D E R** |

　　**THIS MATTER** is before the Court upon receipt of Plaintiff's responsive filing submitted on May 20, 2010 in accordance with the Court's Show Cause Order of April 23, 2010. (Documents ##4,6)

　　In response, Plaintiff produces evidence of proper service upon the Defendant entity and requests an additional ten (10) days to seek entry of default and move for default judgment against the Defendant.[1] Plaintiff's request will be allowed.

　　**IT IS, THEREFORE, ORDERED** that the Court will defer ruling on the propriety of dismissal pursuant to FED. R. CIV. P. 41(b) pending disposition of Plaintiff's motion for default judgment.

　　　　　　　　　　　　　　Signed: May 26, 2010

　　　　　　　　　　　　　　Richard L. Voorhees
　　　　　　　　　　　　　　United States District Judge

---

[1] In fact, Plaintiff has since moved for entry of default and default judgment.