IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO.: 3:09CV225-V

| | |
|---|---|
| NATIONAL CARRIERS, INC., <br>     Plaintiff, <br><br> vs. <br><br> TRUSTED TRAILER TRANSPORTS, INC., <br>     Defendant. | <u>**DEFAULT JUDGMENT**</u> |

**THIS MATTER** is before the Court upon Plaintiff's Motion for Default Judgment, filed May 25, 2010. (Document #7) Proof of service was shown in response to the Court's Show Cause Order of April 23, 2010. (Documents ##4,5) The undersigned deferred ruling on its decision to dismiss for failure to prosecute pursuant to Rule 41(a)(1) pending filing of Plaintiff's motions for entry of default and default judgment. (Document #6) The Clerk of Court granted Plaintiff's Motion for Entry of Default on June 4, 2010. (Document #10)

**NOW, THEREFORE,** the Court concludes that judgment by default should be hereby entered against the Defendant, Trusted Trailer Transports, Inc., in accordance with the prayer of said Complaint for the sum certain claimed by Plaintiff in documents in the record in this cause, specifically, the Affidavit of Indebtedness prepared by Michael Boyce, Safety and Claims Manager for Plaintiff National Carriers (Pl.'s Compl. Exh. C); and

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover of the Defendant the sum of **$26,196.00,** and the **costs** of this action, **$350.00,** for a total sum of **$26,546.00,** plus pre-judgment interest, calculated at the legal rate of interest.

Signed: July 27, 2010

*[signature]*

Richard L. Voorhees
United States District Judge